UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

MARK TARDI,

          Defendant.

**DECISION AND ORDER**
**12-CR-239S**

1. On October 31, 2013, the Defendant entered into a written plea agreement (Docket No. 32) and pled guilty to a one Count Indictment (Docket No. 5) charging a violation of Title 18 U.S.C. § 922(g)(1) and 924(a)(2) (felon in possession of a firearm).

2. On October 31, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 34) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's October 31, 2013, Report and Recommendation, the plea agreement, the Indictment, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's October 31, 2013, Report and Recommendation (Docket No. 34) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Mark Tardi is accepted, and he is now adjudged guilty of Title 18 U.S.C. § 922(g)(1) and 924(a)(2)

SO ORDERED.

Dated: November 21, 2013
       Buffalo, New York

                                                      s/William M. Skretny
                                                   WILLIAM M. SKRETNY
                                                         Chief Judge
                                          United States District Court